**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Kenneth Bernard SCHADE, Petitioner**

**No. 95 MAL 2017**

Supreme Court of Pennsylvania.

August 2, 2017

## ORDER

PER CURIAM

**AND NOW**, this 2nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.